# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | C.A. No.: 4:17-cv-01150-RBH-KDW |
| Plaintiff, | |
| and | ORDER |
| TRACY FRYE and CINDY FRYE, | |
| Plaintiffs-Intervenors, | |
| v. | |
| NEW APPLE, INC., | |
| Defendant. | |

Upon Motion of Plaintiff with consent of all counsel and for good cause,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on January 19, 2018, all deadlines in the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

IT IS SO ORDERED.

January 22, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge