IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | CIVIL ACTION NO. 4:17-cv-01150-AMQ-KDW |
| **Plaintiff,** | ) ) | |
| and | ) ) | |
| **TRACY FRYE and CINDY FRYE,** | ) ) | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| **Plaintiffs-Intervenors,** | ) ) | |
| v. | ) ) | |
| **NEW APPLE, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

Plaintiff U.S. Equal Employment Opportunity Commission, Plaintiff-Intervenor Tracy Frye, Plaintiff-Intervenor Cindy Frye, and Defendant New Apple, Inc. respectfully move this Court to enter the attached Consent Decree.

Respectfully submitted this the 17th day of July, 2018.

**WE SO MOVE:**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

s/ *Rachael S. Steenbergh-Tideswell*
RACHAEL S. STEENBERGH-TIDESWELL
South Carolina Federal Bar No. 10867
Senior Trial Attorney
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 954-6472
Facsimile: (704) 954-6412

**WITH CONSENT OF:**

**TRACY FRYE and CINDY FRYE, Plaintiffs-Intervenors**
s/*Leon Martin Ortner*
LEON MARTIN ORTNER
ORTNER LAW FIRM, LLC
145 King Street, Suite 211
Charleston, S.C. 29401
Telephone: (843) 723-2944
Facsimile: (843) 556-5755
Email: lee@ortnerlawfirm.com
Federal ID No.: 2937

**ATTORNEY FOR PLAINTIFFS-INTERVENORS**

1

Email: rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

and

**NEW APPLE, INC.,
Defendant**

s/ Amanda Pickens Nitto
AMANDA PICKENS NITTO
S.C. Federal Bar No. 101834
anitto@robinsonbradshaw.com

CHARLES E. JOHNSON
(admitted *pro hac vice*)
N.C. Bar No. 9890
cejohnson@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, NC  28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

**ATTORNEY FOR DEFENDANT**